IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AVANIR PHARMACEUTICALS, INC., and<br><br>CENTER FOR NEUROLOGIC STUDY,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID KAPPOS, in his official capacity as<br>Under Secretary of Commerce for<br>Intellectual Property and Director of the<br>United States Patent and Trademark Office, and<br><br>UNITED STATES PATENT AND<br>TRADEMARK OFFICE<br><br>    Defendants. | CASE NO. 1:12cv69 |

*[Stamped: MAR 21 2012]*

**FINAL JUDGMENT**

THIS MATTER is before the Court on Plaintiffs Avanir Pharmaceuticals, Inc. and Center for Neurologic Study's Motion for Summary Judgment (Dkt. No. 19) and Defendants the United States Patent and Trademark Office and its Director, David J. Kappos' Cross-Motion for Summary Judgment (Dkt. No. 23). In its previous Order of March 21, 2012, the Court denied Plaintiffs' Motion for Summary Judgment and granted Defendants' Cross-Motion for Summary Judgment. From the foregoing, it is hereby

ORDERED that JUDGMENT is ENTERED in favor of Defendants the United States Patent and Trademark Office and its Director, David J. Kappos and against Plaintiffs Avanir Pharmaceuticals, Inc. and Center for Neurologic Study pursuant to Federal Rule of Civil Procedure 58.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this 21st day of March, 2012.

Alexandria, Virginia
3/21/2012

/s/
Gerald Bruce Lee
United States District Judge